UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

JANE HOCHBERG,

                       Plaintiff,                 07 CV 3470

          -against-

WORLD ZIONIST ORGANIZATION-       **RULE 7.1 STATEMENT**
AMERICAN SECTION, INC.,

                       Defendant.

------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for World Zionist Organization – American Section, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                                    NONE.

Dated: New York, New York
         May 1, 2007

                                  SHIBOLETH, YISRAELI,
                                  ROBERTS & ZISMAN, LLP

                                  By: _____
                                  Shira Y. Rosenfeld (SR 5392)
                                  One Penn Plaza, Suite 2527
                                  New York, New York 10119
                                  T: 212-244-4111
                                  F: 212-563-7108

                                  *Attorneys for Defendant*

[Stamps: JUDGE BUCHWALD; MAY 0 1 2007 U.S.D.C. S.D.N.Y. CASHIERS]