```
                                          DOCUMENT
                                          ELECTRONICALLY FILED
                                          DOC #: _____
                                          DATE FILED: 6/25/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE HOCHBERG,

              Plaintiff,

      - against -

WORLD ZIONIST ORGANIZATION – AMERICAN
SECTION, INC.,

              Defendant.

07 CV 3470 (NRB)

CIVIL CASE
MANAGEMENT PLAN AND
SCHEDULING ORDER

      After consultation with counsel for the parties, the following Case Management Plan is adopted as the Scheduling Order of this Court, pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure.

    1.    The case is to be tried by a jury.

    2.    All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. §636(c).

**Pleadings and Parties:**

    3.    Joinder of additional parties must be accomplished by July 16, 2007.

    4.    Amended pleadings may be filed without leave of Court until August 6, 2007.

**Discovery:**

    5.    Initial disclosures, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, shall be completed not later than ~~14~~ 28 days from the date of this Order.

    6.    <u>Documents.</u>  ~~First requests for~~ production of documents, ~~if any~~, must be served by July 19, 2007, pursuant to Rule 34 of the Federal Rules of Civil Procedure. Further documentation requests may be served as required, but no document request may be served later than 30 days prior to the date of the close of discovery as set forth in item 11 below.

7. Interrogatories. Interrogatories, pursuant to Rule 33.3(a) of the Local Civil Rules of the Southern District of New York, must be served by July 19, 2007.

8. Experts. Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, experts, if any, are to be designated and experts' reports exchanged no later than by August 31, 2007. All experts may be deposed, but such depositions must occur within the time limit for all depositions set for the below.

9. Depositions. All depositions must be completed by September 21, 2007.

10. Requests to Admit. Requests to Admit, if any, must be served by September 21, 2007.

11. All discovery shall be completed no later than October 23, 2007. Interim deadlines for items 6-10 above may be extended by the parties on consent without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court.

**Motions:**

12. All motions and applications shall be governed by the Court's Individual Rules of Practice, including pre-motion conference requirements.

13. Dispositive Motions. The last day to file a dispositive motion shall be November 30, 2007.

**Pre-trial Procedures:**

14. All pre-trial procedures shall be governed by the Court's Individual Rules of Practice, including joint pre-trial orders and filings prior to trial.

15. The Court will schedule a final pre-trial conference after the parties have filed their joint-pretrial order, at which time the Court shall set a firm trial date.

**Settlement Discussions:**

16. Counsel for the parties have discussed early settlement of this case and have agreed upon the following:

*Did not agreed settlement.*

*Court will request Judge Francis to meet with the parties for settlement purposes*

SO ORDERED.

June 21, 2007

NAOMI REICE BUCHWALD
U.S.D.J.