```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
JANE HOCHBERG
                                              **NOTICE OF APPEARANCE**

                Plaintiff,

        -against-                             Index #  07 CV 3470

WORLD ZIONIST ORGANIZATION-AMERICAN SECTION, INC.

                Defendant.
-----------------------------------x
```

To the above named Defendant:

Please take notice that Plaintiff appears in this action by the undersigned attorneys and demands that a copy of the pleadings and all notices and other papers in this action be served upon the Plaintiff at 55 Washington St. Suite 606, Brooklyn NY 11201.

Dated: June 29, 2007

                                         Julia Paskalova (JP0950)
                                         Gary Tsirelman (GT3489)
                                         Attorneys for the Plaintiff
                                         Address:
                                         55 Washington St. Suite 606
                                         Brooklyn NY 11201
                                         (718) 438-1200

To:
World Zionist Organization-American Section, Inc.
633 Third Avenue, New York, NY 10017