UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANE HOCHBERG,

                         Plaintiff,

    - against -

WORLD ZIONIST ORGANIZATION - AMERICAN SECTION,

                         Defendant.
------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 3470 (NRB)(JCF)

SDNY DOCUMENT ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/06

U.S. DISTRICT COURT FILED JUL - 9 2007 S.D. OF N.Y.

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**XX** **Settlement***

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____

    _____

    All such motions: \_\_\_\_

\* Do not check if already referred for general pretrial.

SO ORDERED.

DATED: New York, New York
July 5, 2007

*Please see the parties ASAP after July 19, 2007 when their document exchange should be done.*

Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE