UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

JANE HOCHBERG,

                  Plaintiff,                07 CV 3470 (NRB) (JCF)

     -against-

WORLD ZIONIST ORGANIZATION-            **VERIFICATION**
AMERICAN SECTION, INC.,

                  Defendant.

-----------------------------------------------------X

       STATE OF NEW YORK    )
                           ) SS.:
       COUNTY OF NEW YORK  )

       YEHOSHUA MENASHE swears under oath as follows:

       I am the Treasurer of the World Zionist Organization – American Section, Inc.,

defendant in the above-captioned action, and I hereby verify on behalf of the corporation

that the allegations and representations made in this Verified Answer to the Amended

Verified Complaint are true to the best of my knowledge, or are believed to be true.

                                      _____
                                      Yehoshua Menashe

Sworn before me this
__16__ day of August , 2007

_____
NOTARY PUBLIC

SHIRA YAEL ROSENFELD
Notary Public, State Of New York
No. 02RO6053576
Qualified In New York County
Commission Expires January 16, 20 11