

# GARY TSIRELMAN, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

Gary TSIRELMAN M.D., Esq.

* Also Admitted in Italy
+ Also Admitted in New Jersey

55 WASHINGTON ST., SUITE 606
BROOKLYN, NEW YORK 11201
TELEPHONE: (718) 438-1200
FACSIMILE: (718) 438-8883
E-MAIL: info@gtmdjd.com

Massimiliano VALERIO, Esq *
Darya KLEIN, Esq
Galina FELDSHEROVA, Esq
Selma CHIN, Esq +
Joshua SHAPIRO, Esq

January 23, 2008

Hon. Naomi R. Buchwald
United States District Judge
United States Courthouse
500 Pearl St., Room 2270
New York, NY 10007

JAN 23 2008

Re: Hochberg v World Zionist Organization American Section, Inc.
Case Number: 1:07-cv-3470

Dear Judge Buchwald

The above-entitled case had been dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days. The sixty days will expire on January 27th 2008. The parties have not been able to reach a settlement agreement but are very close. There remains one small issue that we believe we can overcome and settle the case. It is respectfully requested that the Court adjourn the restore without prejudice day for another 30 days or in the alternative restore this case without prejudice to either side and allow Plaintiff to proceed with her discovery including the depositions of the Defendant's representative and employees who have direct knowledge of the causes of actions that are alleged in this case.

Sincerely,

Gary Tsirelman Esq.

Cc: SHIRA Y. ROSENFELD
Attorney for World Zionist Organization
SHIBOLETH
1 Penn Plaza, Suite 2527
New York, NY 10019

*Endorsement*

The restoration date is extended until February 28, 2008.

So Ordered.

[signature]
January 25, 2008
USDJ