UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JANE HOCHBERG,

        Plaintiff,

  - against -

WORLD ZIONIST ORGANIZATION -
AMERICAN SECTION, INC.,

        Defendant.

------------------------------------------------------------X

Index No. 07 Civ. 3470

Stipulation of Dismissal
with Prejudice

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties, that the above-captioned action be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
    March 11, 2008

The Law Offices of Gary Tsirelman P.C.
Attorneys for Plaintiff

By:_____

Gary Tsirelman, Esq.
55 Washington St., Suite 606
Brooklyn, New York 11201
(718) 438-1200

Shiboleth, Yisraeli, Roberts & Zisman, LLP
Attorneys for Defendant          3-10-08

By:_____

Shira Y. Rosenfeld, Esq.
One Penn Plaza, Suite 2527
New York, New York 10119
(212) 244-4111

SO ORDERED:

_____
U.S.D.J.
    3/17/08